1 | Ralph C. Loeb, Esq. (#124773)
**KRANE & SMITH, APC**
2 | 16255 Ventura Boulevard
Suite 600
3 | Encino, CA 91436

4 | Tel: (818) 382-4000
Fax: (818) 382-4001

5
Attorneys for Plaintiff, LIFE ALERT
6 | EMERGENCY RESPONSE, INC.

7
UNITED STATES DISTRICT COURT
8
CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BAY ALARM MEDICAL, LLC, a California limited liability company, and DOES 1 - 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-281<br><br>**COMPLAINT FOR:**<br><br>**1. FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114;**<br>**2. VIOLATION OF 15 U.S.C. §1125(a)(1)(A) and (B); and**<br>**3. UNFAIR COMPETITION.**<br><br>**DEMAND FOR JURY TRIAL** |

1

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. ("Life Alert") alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action for trademark infringement, false designation of origin, false advertising and unfair competition arising under the Lanham Act of 1946, as amended, 15 U.S.C. §§1051-1127. The Court has federal jurisdiction over this matter pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331 and 1338(a) and (b) and supplemental jurisdiction over Life Alert's claims arising under state law pursuant to 28 U.S.C. §1367.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to Life Alert's claims occurred in this District, Life Alert resides in this District, and Defendants conduct business in this District and are subject to personal jurisdiction in this District.

## PARTIES

3. Life Alert is a California corporation with its principal place of business in the County of Los Angeles, California.

4. Life Alert is informed and believes, and thereupon alleges, that Defendant Bay Alarm Medical, LLC ("Bay Alarm"), is a California limited liability corporation and is subject to the jurisdiction of this Court.

5. The true names and capacities, whether individual, corporate, associate or otherwise of defendants DOES 1 through 10, inclusive, are unknown to Life Alert who therefore sues said defendants by such fictitious names. Life Alert is informed and believes and based thereon alleges that each of the fictitiously named defendants is responsible in some manner for the events, acts, occurrences and liabilities alleged and referred to herein. Life Alert will seek leave to amend this Complaint to allege the true names and capacities of these DOE defendants when the same are ascertained.

## SUBSTANTIVE ALLEGATIONS

## PLAINTIFF LIFE ALERT AND ITS TRADEMARKS

6. Life Alert has been in the business of providing emergency medical response services and related products for seniors on a 24-hour a day, 7 day a week basis for almost thirty years.

7. Life Alert is the owner of the Federal Trademark Registrations for LIFE ALERT, U.S. Registration No. 2,552,506; LIFE ALERT YOU ARE NEVER ALONE 24/7, U.S. Registration No. 3,212,604; LIFE ALERT MOBILE, U.S. Registration No. 4,053,816; and LIFE ALERT, U.S. Registration No. 4,708,297. Life Alert also is the owner of numerous common law trademarks consisting or incorporating the LIFE ALERT element including, LIFE ALERT THE LIFE SAVING NETWORK; and LIFE ALERT EMERGENCY RESPONSE, INC. Life Alert's registered and common law trademarks incorporating the LIFE ALERT element are hereafter collectively referred to as "Life Alert Marks".

8. The Life Alert Marks are instantly recognizable as being associated with the goods and services of Life Alert. The Life Alert Marks have appeared in numerous advertisements, websites, brochures and solicitations for Life Alert.

9. Life Alert has expended great effort and substantial sums of money in making the Life Alert Marks well known to the public. In so doing, Life Alert has established a reputation for quality in connection with all of its products and services bearing or sold under the Life Alert Marks.

10. Life Alert retains the sole and exclusive right in the United States to use and control the use of the Life Alert Marks together with the right to bring and maintain actions relating to the infringement, disparagement, dilution or other misappropriation of the Life Alert Marks.

11. Products and services bearing and sold under the Life Alert Marks have achieved popularity and fame in the marketplace.

12. As a result of the high quality of the products and services sold by Life Alert in conjunction with the Life Alert Marks, and as a result of the extensive advertising, sale and public acceptance of those products and services, the public has come to view the Life Alert Marks to identify Life Alert's products and services exclusively. The Life Alert Marks have come to symbolize the goodwill created by the sale and distribution of high-quality products and services of Life Alert.

## DEFENDANTS AND THEIR BUSINESS

13. Bay Alarm is a direct competitor of Life Alert, providing emergency medical response services and related products for seniors.

14. Upon information and belief, Bay Alarm owns, controls and/or operates a website promoting its business at "bayalarmmedical.com".

## DEFENDANTS' UNLAWFUL ACTIVITIES

15. On November 8, 2016, Life Alert sent Bay Alarm a letter demanding that it cease and desist using the Life Alert Marks including, but not limited to, in connection with the promoting, advertising, distributing and/or selling personal emergency systems. Bay Alarm did not respond to the cease and desist letter orally or in writing.

16. Notwithstanding the November 8, 2016 cease and desist letter, Life Alert's rights in and to the Life Alert Marks, and Defendants' knowledge of Life Alert's rights therein, Life Alert is informed and believes, and thereupon alleges, that Defendants have continued to willfully violate Life Alert's rights in the Life Alert Marks by, among other things, using the Life Alert Marks and/or confusingly similar marks in connection with sponsored internet advertisements for Defendants. By way of example, a true and correct copy of a sponsored internet advertisement of Bay Alarm showing its infringement of the Life Alert Marks is attached hereto as Exhibit "A". Defendants' improper and unlawful uses of the Life Alert Marks are for the purpose of selling products and services competitive to those of Life Alert.

4

17. Defendants' use of the Life Alert Marks is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, confusion, or association of the Defendants with Life Alert, or as to the origin, sponsorship, or approval of the Defendants' goods, services, or commercial activities by Life Alert. Life Alert has neither authorized, nor consented to the use by Defendants of the Life Alert Marks, any colorable imitation of them, or any mark confusingly similar to them.

18. Life Alert is informed and believes, and thereupon alleges, the Defendants' purpose in utilizing the Life Alert Marks is an attempt to benefit unfairly from the valuable goodwill and excellent reputation established at great expense and effort throughout the United States by Life Alert through the use of the Life Alert Marks.

## FIRST CAUSE OF ACTION

### (Federal Trademark Infringement Under Lanham Act §32, 15 U.S.C. §1114 Against Defendants)

19. Life Alert repeats, repleads and realleges the allegations contained in Paragraphs 1 through 18 as though fully set forth herein.

20. The aforesaid acts of Defendants constitute willful infringement of the Life Alert Marks, in violation of Section 32(1) of the Lanham Act of 1946, as amended, 15 U.S.C. §1114(1).

21. By reason of the acts of Defendants alleged herein, Life Alert has suffered, is suffering and will continue to suffer damages and irreparable injury. Unless Defendants are restrained from continuing its wrongful acts, the damage to Life Alert will increase. Life Alert has no adequate remedy at law.

## SECOND CAUSE OF ACTION

## (Violation of Lanham Act, 15 U.S.C. §1125(a)(1)(A) and (B) Against Defendants)

22. Life Alert repeats, repleads and realleges the allegations contained in Paragraphs 1 through 21 as though fully set forth herein.

23. Defendants' acts as alleged above constitute unfair competition and a false designation of origin which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Life Alert or as to the origin, sponsorship, or approval of Defendants' goods, services and/or activities by Life Alert in violation of the Lanham Act, as amended, 15 U.S.C. §1125(a)(1)(A).

24. Defendants' acts as alleged above, as well as others, also constitute false advertising in violation of the Lanham Act, as amended, 15 U.S.C. §1125(a)(1)(B).

25. By reason of the acts of Defendants alleged herein, Life Alert has suffered, is suffering and will continue to suffer damages and irreparable injury. Unless Defendants are restrained from continuing its wrongful acts, the damage to Life Alert will increase. Life Alert has no adequate remedy at law.

## THIRD CAUSE OF ACTION

## (Unfair Competition Against Defendants)

26. Life Alert repeats, repleads and realleges paragraphs 1 through 25, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

27. The conduct of Defendants as herein alleged, constitutes unfair competition in violation of the law of the State of California. The acts and conduct of Defendants complained of herein have caused Life Alert irreparable injury, and will, unless retrained, further impair the value of the Life Alert Marks, intellectual

property rights, reputation and goodwill of Life Alert. Life Alert has no adequate remedy at law.

28. Life Alert is informed and believes that Defendants have unlawfully obtained profits through their acts of unfair competition. Defendants should be forced to disgorge such unlawful profits to Life Alert.

29. Upon information and belief, the conduct of Defendants was undertaken with the intent to injure Life Alert, or with a willful and conscious disregard of Life Alert's rights as such malicious conduct is defined in Code of Civil Procedure §3294. Life Alert is entitled to punitive and exemplary damages, against Defendants for the sake of example and to punish them for their unlawful conduct.

**WHEREFORE**, Life Alert prays for judgment against Defendants as follows:

## INJUNCTIVE RELIEF

1. Defendants, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from:

   a. Using the Life Alert Marks or any of them, or any colorable imitation thereof, or any other name or mark likely to cause confusion, mistake, or deception, in connection with the sale, offering for sale, distribution, manufacturing, advertising, or promotion of their goods or services;

   b. Using any false designation of origin or false description that can, or is likely to, lead the trade or public, or individual members thereof, to believe that any product or service manufactured, distributed, sold, offered for sale, or advertised by Defendants is in any manner associated or connected with Life Alert or is sold, manufactured, licensed, sponsored, or approved or authorized by Life Alert;

    c. Engaging in any other activity constituting an infringement of Life Alert's trademark rights or otherwise unfairly competing with Life Alert; and

    d. Engaging in any other activity that dilutes the distinctive quality of the Life Alert Marks by, among other things, using the Life Alert Marks in connection with the sale, offering for sale, distribution, manufacturing, advertising, or promotion of its goods or services;

2. Defendants be directed to deliver up to Life Alert all products bearing the Life Alert Marks and any copy, simulation, variation or colorable imitations of the Life Alert Marks, and any documents or tangible things that discuss, describe, mention or relate to such products;

3. Defendants to file with the Court and serve upon Life Alert's counsel within thirty (30) days after entry of judgment a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the requirements of the injunction.

## DAMAGES

4. Defendants be required to account for and pay over to Life Alert all damages sustained by Life Alert and any and all profits realized by Defendant by reason of their unlawful acts alleged herein, and that such amounts be trebled, as provided by law.

5. For treble damages against Defendants pursuant to 15 U.S.C. §1117(b).

6. For statutory damages for willful use of a counterfeit mark pursuant to 15 U.S.C. §1117(c).

7. Defendants be required to pay to Life Alert all of its costs, disbursements, and attorneys' fees in this action.

## OTHER RELIEF

8. For such other and further relief as the Court may deem appropriate to prevent the infringement, disparagement, or dilution of the Life Alert Marks, and to prevent the unfair competition that Defendants have engaged in from recurring.

9. For prejudgment interest.

10. For such other relief as the Court deems proper.

DATED: January 12, 2017			KRANE & SMITH, APC

					By: _____
					        RALPH C. LOEB
					Attorneys for Plaintiff
					LIFE ALERT EMERGENCY
					RESPONSE, INC.

## DEMAND FOR JURY TRIAL

Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. hereby demands a jury trial in this action.

DATED: January 12, 2017			KRANE & SMITH, APC

					By: _____
					        RALPH C. LOEB
					Attorneys for Plaintiff
					LIFE ALERT EMERGENCY
					RESPONSE, INC.

EXHIBIT "A"

**Medical Alert for Seniors**
Ad www.Alert-1.com/compare
No Contract Needed. No Hidden Fees! Recommended on Consumer Affairs
Over 200,000 Members. Rated A+ by BBB. Unlimited Range

**Automatic Fall Detection**
America's #1 Senior Fall Detection
Peace of Mind - Get Help Anywhere

**Mobile Medical Alert**
Mobile & GPS Fall Help Button
Go Anywhere Protection from Alert-1

**Compare Us**
Compare Alert-1 and Find We Are #1!
Trusted by 10 000 Dr's & Hospitals

**Why Choose Alert 1?**
America's #1 Senior Alert System
Over 29 Years & 200,000 Families

**Medical Alert for Seniors - Free Activation.**
Ad www.lifestation.com
Free Activation. No Start Up Fees. Under $1/day! Cancel at Any Time
Home Medical Alert Systems and Medical Alarm Brochure
A+ Rating – Better Business Bureau

**10 Best Medical Alert - Life alerts**
Ad www.ConsumersAdvocate.org
#1 Medical Alert System Revealed. Free Report No Email Required!
#1 Rated Medical Alert Review – ConsumersAdvocate.org

**Top 5 Medical Alerts 2016 - Best and Worst Rated Services.**
Ad BestCompany.com/Medical-Alerts
Best and Worst Rated Services. View (740+) Reviews. Compare Devices
Since 2008. Business Finance. Top Ranked. Full Review

| #1 Recommended in 2016 | 62 Total Companies Rated |
| 780+ Customer Reviews | How We Rank |

**2017's Top Medical Alerts | MedicalCareAlert.com**
Ad www.MedicalCareAlert.com/Top3
Don't Buy Until Your See Our List. View Our Top 3 Medical Alert Picks
2017's Best Medical Alert Systems
"Medical Care Alert an attractive option" – Medical Alert Comparison

**$25 /mo - Medical Alert - Life alerts**
Ad www.bayalarmmedical.com
Protect Mom & Dad with America's #1 Life Alarm System. Get Started Now!
bayalarmmedical.com is rated ★★★★☆ (518 reviews)
You have visited bayalarmmedical.com once in last 7 days

| See Pricing | Features & Benefits |
| Read Reviews | Why We're Less Expensive |
| Request a Free Brochure | Meet Grumpy Grandpa |

**2017 Medical Alert System | eMedicalAlerts.com**
Ad eMedicalAlerts.com/Top-Brands
Find Medical Alert System Prices By Zip. Get Alert System Quotes Today!
EMedicalAlert | Compare Medical Alert System Prices From Top Companies

**Life Alert Reviews - Life Alert Reviews Search Now!**
Ad About.com/Life Alert Reviews
Life Alert Reviews Search Now! Over 85 Million Visitors

See your ad here »

**ADT® Medical Alert System**
Ad ADT.com/MedicalAlert   The ADT Corporation
Get 24/7 Fast Response Monitoring w/ a $0 Activation Offer. Call Now!

| Products & Services | Fall Detection Pendant |
| Medical Alert System | Medical Alert Monitoring |
| GPS Location Services | Fast Response Time |

**Mark Turenshine | Life Alert | ZoomInfo.com**
www.zoominfo.com/p/Mark-Turenshhe/1159358202 ▼
View Mark Turenshine's business profile as General Manager at Life Alert and see work history, affiliations and more

**LIFE ALERT official website - I've fallen and I can't get up!®**
www.lifealert.com ▼
Life Alert saves a life from a catastrophe every 10 minutes. Grateful Testimonials. 24/7 help for medical, fire and invasion emergencies. Free equipment use
About Us   Help Phone   Medical Emergencies   Protection Services

**Life Sentry - LogicMark**
https://www.logicmark.com/products/monitored/life-sentry ▼
For use with Freedom Alert & Life Sentry products ONLY .... To purchase new rechargeable batteries for your LogicMark pendant click here

**Mark Turenshine, NBA star, Life Alert general manager, 71 ...**
www.jewishjournal.com/.../article/mark_life_alert_general_manager_71 ▼
Mark Turenshine, NBA star, Life Alert general... Turenshine's friend since 1974 and longtime Life Alert colleague Rami Gilboa of... Get the Jewish Journal in...

**Home - LogicMark**
https://www.logicmark.com ▼
Medical Alert Systems for Peace .... LogicMark provides a unique offering of medical alert systems that contribute to improving the quality of life .... LogicMark s

**Walmart/Logic Mark Medical Alert vs. Bay Alarm Medical ...**
https://www.bayalarmmedical.com/cost-vs-logicmark-medical-alert ▼
Compare Walmart/Logic Mark Medical Alert to Bay Alarm Medical. Bay Alarm features no long-term contracts and no startup fees. How much can you save?

**Lifeline Alert Systems - Medical Alerts | Philips Lifeline®**
https://www.lifeline.philips.com ▼
Discover the difference a Philips Lifeline Medical Alert System can make to your loved ones. See why it's the number one medical alert system in the US

**Medical Alert for Seniors**
Ad www.Alert-1.com/compare
No Contract Needed. No Hidden Fees! Recommended on Consumer Affairs
Over 200,000 Members. Rated A+ by BBB. Unlimited Range
Automatic Fall Detection   Mobile Medical Alert   Compare Us

**EXHIBIT A**

Top 5 Medical Alerts 2016 - Best and Worst Rated Services.
Ad  BestCompany.com/Medical-Alerts
Best and Worst Rated Services View (740+) Reviews Compare Devices
Since 2008 Business Finance Top Ranked Full Review
#1 Recommended in 2016 · 62 Total Companies Rated   780+ Customer Reviews

$25 /mo - Medical Alert - Life alerts
Ad  www.bayalarmmedical.com
Protect Mom & Dad with America's #1 Life Alarm System Get Started Now!
bayalarmmedical.com is rated ★★★★✫ (518 reviews)
You have visited bayalarmmedical.com once in last 7 days
See Pricing  Features & Benefits  Read Reviews  Why We're Less Expensive

1  2  3  4  5  →

Privacy and Cookies   Legal   Advertise   About our ads   Help   Feedback                © 2017 Microsoft

http://www.bing.com/search?q=life+alert+mark&form=PRUSEN&mkt=en-us&httpsmsn=...   1/11/2017