JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BAY ALARM MEDICAL, LLC, a California limited liability company, and DOES 1 - 10, inclusive.<br><br>    Defendants. | CASE NO. 2:17-cv-00281-RGK (RAO)<br><br>[Assigned to the Honorable R. Gary Klausner]<br><br>**[~~PROPOSED~~] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

# ORDER

The Court, having considered the Stipulation of Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. and Defendant BAY ALARM MEDICAL, LLC, and for good cause shown, HEREBY ORDERS that:

The above-captioned action, including all claims and counterclaims, is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

**IT IS SO ORDERED.**

DATED:  February 14, 2018         *Gary Klausner*

The Hon. R. Gary Klausner
United States District Court Judge